■ In the Matter of JAMES ADAMS, Petitioner, v DALE ARTUS, Superintendent, Wende Correctional Facility, et al., Respondents. [21 NYS3d 672]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Erie County [Penny M. Wolfgang, J.], entered Sept. 4, 2014) to review a determination of respondents. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Scudder, P.J., Smith, Valentino, Whalen and DeJoseph, JJ.